# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**Patricia Manning,**

   *Plaintiff,*

v.                      Case No. 3:13-cv-087
                           Judge Thomas M. Rose

**Wyeth, L.L.C.,** *et al.***,**

   **Defendants.**

## ORDER DISMISSING CASE

On May 3, 2013, the Court granted a motion for Plaintiff's counsel to withdraw from the case. The case had been recently remanded from federal district court in Missouri, and Plaintiff's counsel is not admitted to practice law in the state of Ohio. Moreover, Plaintiff's counsel had advised Plaintiff that the claims pleaded in the complaint were not viable under Ohio law.

The Court granted the motion to withdraw, and ordering Plaintiff within 60 days to have new counsel enter an appearance or to advise the Court that she would be proceeding *pro se*. Plaintiff was warned that failure to comply with the Court's order could result in dismissal. Plaintiff has failed to comply with the Court order. Wherefore the instant case is **DISMISSED** for failure to prosecute. The Clerk is directed to terminate the case on the dockets of the United States District Court for the Southern District of Ohio, Western Division at Dayton.

**DONE** and **ORDERED** in Dayton, Ohio, on Wednesday, June 19, 2013.

                                                  s/Thomas M. Rose

                                      _____
                                                THOMAS M. ROSE
                                UNITED STATES DISTRICT JUDGE